Case 1:20-mj-02835-TMD   Document 3   Filed 11/12/20   Page 1 of 10

✓ FILED          ENTERED
___ LOGGED  ____ RECEIVED

2:49 pm, Nov 12 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| IN THE MATTER OF THE AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT AUTHORIZING A DNA SAMPLE COLLECTION FROM DAVON COBB AND LADONTE PETTY | Case No.  1:20-mj-2835 TMD<br>1:20-mj-2836 TMD<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR A SEARCH WARRANT**

I, Eugene Theisen, a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, depose and state as follows:

1. The ATF and Baltimore Police Department (BPD) have been investigating Davon **COBB** and Ladonte **PETTY** for a violation of 18 U.S.C. § 922(g) (Possession of a Firearm by a Prohibited Person) and § 922(j) (Possession of a Stolen Firearm). This affidavit is being submitted in support of an application for a search warrant pursuant to Federal Rule of Criminal Procedure 41 to obtain samples of DNA for comparison purposes in the form saliva from **COBB**, a man born in 1987, assigned an FBI number ending in 1ED0, and depicted in Attachment A-1, and **PETTY**, a man born in 1992, assigned an FBI number ending in 7JD5, and depicted in Attachment A-2. **COBB** is currently incarcerated at the Maryland Reception Diagnostic and Classification Center (MRDCC), located at 550 E. Madison Street, Baltimore, Maryland 21202. **PETTY** is currently on home detention through Advantage Sentencing Alternative Programs, Inc. & Electronic Monitoring Services (ASAP), and residing at 1641 Ruxton Avenue, Baltimore, Maryland 21216. The warrant would authorize members of the ATF, or their authorized representatives, to obtain DNA contained within saliva samples from **COBB**, as described in Attachment B-1, and **PETTY**, as described in Attachment B-2.

2. I submit this affidavit for the limited purpose of securing the requested warrant, and therefore have not included details of every aspect of this investigation. Rather, I have set forth

1

only those facts that I believe are necessary to establish probable cause supporting the warrant. I have not, however, intentionally omitted any information that would tend to defeat a determination of probable cause. The information contained in this affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers and other individuals. All conversations and statements described in this affidavit are related in substance and in part unless otherwise indicated.

## AFFIANT BACKGROUND

3. I am currently assigned to a joint task force comprised of ATF agents and detectives from BPD. I have participated in numerous investigations involving the manufacturing and distribution of controlled dangerous substances (CDS), violations of federal firearms laws and illegal firearms trafficking. I have participated in the execution of numerous federal search and arrest warrants involving CDS and firearms enforcement, participated in the seizure of numerous firearms and CDS, and investigated violent offenders responsible for commercial armed robberies. I know, based on training and experience that Deoxyribonucleic Acid ("DNA") can be found on items such as clothing and firearms and can be compared to a sample of DNA from a known person. This comparison can help identify or eliminate suspects. I also know that the Baltimore Police Department Forensics Lab will not compare firearms swabbed for DNA without a standard to which to compare.

## PROBABLE CAUSE

4. On June 24, 2020, at approximately 6:15 pm, Baltimore Police Department (BPD) officers were monitoring the Instagram account "otm_smootrock" when they observed an Instagram story which showed two men, later identified as Davon **COBB** and Ladonte **PETTY**, each holding a firearm, with **COBB**'s firearm having an extended magazine. **COBB** was in the

driver's seat wearing a purple shirt, and **PETTY** was in the passenger's seat wearing a light green shirt with a dark colored hat. Also seen in the video was a large stack of cash located on the center console in between **COBB** and **PETTY**. BPD officers believed that **COBB** and **PETTY** were in a SUV from the size of the vehicle in the video.

5. BPD officers continued to monitor the livestream of that account and observed in the background dwellings that they believed to be located in the 2600 block of Ashland Avenue in Baltimore, Maryland, based on their knowledge of the area and observable house numbers. Further, a BPD officer familiar with **COBB** from prior interactions and investigations in Eastern District of Baltimore knew him to frequent the Monument Street area just blocks away. Finally, the officers monitoring that account know that the prefix "otm" is often used with social media accounts associated with Baltimore to refer to "Out The Mud," a violent drug trafficking group centered in the Monument Street area; the 2600 block of Ashland Avenue is two blocks from Monument Street. BPD officers responded to the 2600 block of Ashland Avenue. BPD officers observed **COBB** and **PETTY** inside a black Infiniti QX60. When BPD officers approached the vehicle, **COBB**, operating the vehicle, fled the area at a fast rate of speed, striking a BPD detective.

6. BPD officers pursued **COBB** into the 800 block of North Luzerne Avenue. **COBB** collided with another vehicle, rendering both inoperable. **PETTY** was directed to exit the vehicle after the collision and placed under arrest, but **COBB** fled on foot. He was apprehended by BPD officers and placed under arrest.

7. BPD officers searched **PETTY**, and from his shoulder bag, they recovered a cellular telephone, a screwdriver, suspected marijuana, and $1,112.97 in worn bills of small denominations consistent with drug trafficking receipts.

8. BPD officers also searched **COBB** and recovered an Apple Watch from his wrist.

9. Officers then searched the Infiniti operated by **COBB** and recovered the following:

   a. From the floor of the driver's (**COBB**'s) side of the vehicle, a Smith & Wesson, model M&P40 .40 S&W caliber semi-automatic pistol with serial number HRN0395, which appeared identical to the gun held by **COBB** in the Instagram video. The pistol had been loaded and was submitted with a Pro Mag .40 caliber Smith & Wesson magazine with a capacity of thirty-three cartridges, which was loaded with twenty-four rounds of ammunition, with another round in the chamber of the pistol;

   b. From the passenger's (**PETTY**'s) side of the vehicle, a Beretta APX .40 S&W caliber semi-automatic pistol with serial number A000374Y, matching generally the gun held by **PETTY** in the Instagram videos. The pistol was loaded with fifteen rounds of S&W .40 caliber ammunition;

   c. From both the front and rear passenger area, $4,155 in in worn bills of U.S. currency in small denominations consistent with drug trafficking;

   d. From the front driver's (**COBB**'s) side, two iPhones and one Samsung cell phone;

   e. In the front console, **COBB**'s Maryland Identification and credit cards; and

   f. Suspected marijuana and packaging material in the front driver's seat, center console, and cup holder.

10. After **PETTY** and **COBB** were arrested, investigators submitted records queries for both firearms and discovered that both were reported stolen.[1] The Smith & Wesson semi-automatic pistol matching the one held by **COBB** in the video and recovered from the driver's side of the vehicle was reported stolen out of the center console of a vehicle in Stephens City, Virginia, on August 13, 2017, under Frederick County Sheriff's Office case number 17-004304. The Beretta semi-automatic pistol similar to the one held by **PETTY** in the video and recovered from the passenger's side of the vehicle was part of a burglary from Kinsey's Outdoors in Mount Joy

---

[1] I believe that both the firearms meet the definition of a "firearm" under federal law and that each has moved in or affected interstate commerce. Both originally came from a federal firearms licensee (FFL) in another state, with the Smith & Wesson pistol being bought by its original owner (from whom it was stolen) at an FFL in Virginia and with the Beretta pistol being stolen from an FFL in Pennsylvania. Further, both were test fired by the Baltimore Police Department Firearms Analysis Unit and determined to be operable. Finally, both firearms were stolen from out of state (Virginia and Pennsylvania) and recovered in Maryland.

4

Township, Pennsylvania, on November 18, 2017, in which seventy-two firearms were stolen.[2]

11.     Further, the BPD officers learned from the Maryland Gun Center that **COBB** and **PETTY** were prohibited from possessing firearms under Maryland state law due to **COBB**'s prior convictions and **PETTY**'s prior juvenile delinquency adjudications. **COBB** is also federally prohibited from possessing a firearm due to a 2015 conviction for Possession with Intent to Distribute Controlled Dangerous Substances, for which **COBB** received a 10 year sentence, of which 9 years and 8 months were suspended. **COBB** therefore should have known he was convicted of a crime punishable by more than a year imprisonment.

## DNA AUTHORIZATION REQUEST

12.     Based on my training and experience, I believe that **COBB**'s and **PETTY**'s DNA may be on the firearms recovered during their arrests. A known sample of his DNA is required in order to test and compare any and all DNA recovered. Accordingly, I am requesting authorization for a warrant to obtain samples of DNA for comparison purposes in the form of saliva from **COBB** and **PETTY** to compare to the swabs taken from the firearms and magazines that I believe was possessed by **COBB** in violation of 18 U.S.C. § 922(g) (Possession of a Firearm by a Prohibited Person) and by **COBB** and **PETTY**, in violation of 18 § 922(j) (Possession of a Stolen Firearm).

13.     Further, I respectfully request that the Court issue a warrant authorizing members of the ATF, or their authorized representatives, including but not limited to other law enforcement agents, to obtain DNA samples from **COBB** and **PETTY** so that the DNA sample may be compared to the swabs taken from evidence recovered in this case.

---

[2] Firearms reported stolen in this burglary began being recovered in Baltimore less than four months later, with the first being recovered on December 1, 2017. Four individuals ended up pleading guilty in connection with this and other firearms thefts in *United States v. Tariq White, et al.*, ELH-18-221.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*Eugene Theisen*
Eugene Theisen
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this __9__ day of __Nov.__, 2020.

_____
The Honorable Thomas M. DiGirolamo
United States Magistrate Judge

1:20-mj-2835 to -2836 TMD

# ATTACHMENT A-1

**Photograph of Person to be Searched**

Davon **COBB**
YOB: 1987
Currently residing at: at the Maryland Reception Diagnostic and Classification Center (MRDCC), located at 550 E. Madison Street, Baltimore, Maryland 21202
Last four digits of FBI number: 1ED0



## ATTACHMENT A-2

**Photograph of Person to be Searched**

Ladonte **PETTY**
YOB: 1992
Currently residing at: 1641 Ruxton Avenue, Baltimore, Maryland 21216
Last four digits of FBI number: 7JD5



## ATTACHMENT B-1

### Description of Items to be Seized

Buccal (oral) swabs of the inside of Davon **COBB**'s mouth limited to the extent where sufficient samples of DNA are obtained.

1:20-mj-2835 to -2836 TMD

## ATTACHMENT B-2

### Description of Items to be Seized

Buccal (oral) swabs of the inside of Ladonte **PETTY**'s mouth limited to the extent where sufficient samples of DNA are obtained.